IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH W. WANG,** <br><br> Petitioner, <br><br> v. <br><br> **WARDEN SINGH,** <br><br> Respondent. | Case No. C 12-04823 YGR (PR) <br><br> **ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including June 14, 2013, in which to file a response to the pending petition for writ of habeas corpus is GRANTED. All other deadlines remain as stated in the order to show cause.

Dated: April 29, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

G:\PRO-SE\YGR\HC.12\Wang4823.2NDgrantEOT.doc