**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   KENNETH W. WANG,                            No. C 12-4823 YGR (PR)

12              Petitioner,                      **JUDGMENT**

13        v.

14   WARDEN SINGH,

15              Respondent.
                                          /
16

17        The petition having been denied, the Court hereby enters judgment in favor of

18   Respondent.  Petitioner shall obtain no relief by way of his petition.

19        **IT IS SO ORDERED.**

20

21   DATED:   November 26, 2013

22                                               **YVONNE GONZALEZ ROGERS**
                                                 **UNITED STATES DISTRICT COURT JUDGE**
23

24

25

26

27

28