UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH W. WANG,

     Petitioner,

   v.

WARDEN SINGH,

     Respondent.

No. C 12-4823 YGR (PR)

**JUDGMENT**

The petition having been denied, the Court hereby enters judgment in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: November 26, 2013

Y**VONNE** G**ONZALEZ** R**OGERS**
U**NITED** S**TATES** D**ISTRICT** C**OURT** J**UDGE**